IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
THOMASVILLE DIVISION

| | | |
|---|---|---|
| LIN EDWARD DAVIS, SR., | * | |
| Plaintiff, | * | |
| VS. | * | CASE NO. 6:06-CV-53(HL) |
| | | 42 U.S.C. § 1983 |
| CATHERINE SMITH, VIRGINIA WILLIAMS, PAM DAVIS, STATE OF GEORGIA, and CARLTON POWELL, | * | |
| | * | |
| Defendants. | * | |

**RECOMMENDATION**

The Plaintiff has filed a Section 1983 action against the Defendants. In addition, Plaintiff has sought to proceed *In Forma Pauperis*. However, even if a prisoner is allowed to proceed *in forma pauperis*, he must nevertheless pay the full amount of the $350.00 filing fee from a prisoner account. 28 U.S.C. § 1915(b)(1). If sufficient assets are not in the account, the court must assess an initial partial filing fee based on the assets available. Although Plaintiff has filed a copy of his Affidavit in Support to Proceed In Forma Pauperis, he is required to file a certified copy of his prison trust account, which is necessary to make the appropriate calculations.

However, if a district court finds that a case wherein the prisoner is proceeding in forma pauperis is either frivolous or malicious, then the court may dismiss the action prior to service of process 28 U.S.C. § 1915(d). An action is frivolous under this section if it is without arguable merit. *Pace v. Evans,* 709 F.2d 1428, 1429 (11th Cir.1983). Furthermore,

Section 1915(g), the three strikes provision, bars a prisoner, who has filed three or more complaints that have been dismissed as frivolous or malicious or for failure to state a claim, from filing a complaint *in forma pauperis,* unless the prisoner is "under imminent danger of serious physical injury."

After reviewing the record of the cases filed by the Plaintiff, it appears that at least three of the more than 100 civil cases filed in various federal courts across the nation by this Plaintiff were dismissed as frivolous under the auspices of 28 U.S.C. § 1915(d).  More specifically, case numbers 1:1994-CV-693 and 1:1994-CV-694 out of the U.S. District Court for the Northern District of Georgia, as well as case numbers 5:1991-CV-13 and 5:1991-CV-27 out of the U.S. District Court for the Eastern District of Texas, were each dismissed as frivolous, pursuant to 28 U.S.C. § 1915(d).  As such, Plaintiff's present action is clearly barred from being prosecuted *in forma pauperis* pursuant to the "three strike" provision of the PLRA, 28 U.S.C. §1915(g); Fed.R.Civ.P. 12(b)(6).  For that reason, Plaintiff may not proceed *in forma pauperis* in this action and it is recommended that Plaintiff's case be dismissed without prejudice.  However, if plaintiff wishes to bring a new §1983 action, he may do so by submitting a new complaint in proper form and the entire $350.00 filing fee at the time of filing the complaint.

WHEREFORE, IT IS HEREBY RECOMMENDED that Plaintiff's Motion to Proceed *In Forma Pauperis* be denied and his complaint be dismissed.  Under 28 U.S.C. § 636(b)(1),

plaintiff may serve and file written objections to this recommendation with the United States District Judge, within TEN (10) DAYS after being served a copy of this order.

**SO ORDERED**, this 1st day of August 2006.

S/ G. MALLON FAIRCLOTH  
UNITED STATES MAGISTRATE JUDGE

sWe